THE STATE OF OHIO, APPELLANT, *v.* FIRST, INC., APPELLEE.

[Cite as State *v.* First, Inc. (1991), 59 Ohio St. 3d 603.]

(No. 90-1076—Submitted April 9, 1991—Decided May 8, 1991.)

*Lee I. Fisher,* attorney general, *Loren L. Braverman* and *Catherine M. Cola,* for appellant.

*Pickrel, Schaeffer & Ebeling, Andrew C. Storar* and *L. Michael Bly,* for appellee.

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

The court orders that the court of appeals' opinion not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties *inter se.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.